# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138568(62)

KEITH REID,
        Plaintiff-Appellant,

v

FLINT CIVIL SERVICE COMMISSION,
        Defendant-Appellee,

and

HURLEY MEDICAL CENTER,
        Appellee.

_____/

SC: 138568
COA: 281935
Genesee CC: 06-085387-AV

On order of the Court, the motion for reconsideration of this Court's June 23, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009

Clerk

d0921